IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)

| | |
|---|---|
| **SINOTECHNIX LLC,** § | |
| § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 2:24-cv-544-JRG** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **SAMSUNG ELECTRONICS CO., LTD.;** § | |
| **SAMSUNG ELECTRONICS AMERICA,** § | |
| **INC.; and SAMSUNG DISPLAY CO., LTD.,** § | |
| § | |
| Defendants. § | |

## JOINT NOTICE REGARDING SINOTECHNIX'S MOTION TO COMPEL (ECF 70)

Plaintiff Sinotechnix LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") jointly submit this notice pursuant to paragraph 9(d) of the Discovery Order (ECF 28). Lead and local counsel for Plaintiff, Patrick Conroy, conferred with lead and local counsel for Defendants, Paul Bondor and Melissa Smith, by telephone on February 7, 2025 regarding the issues raised in Plaintiff's Motion to Compel Defendants to Produce Complete Interrogatory Responses and Produce Documents (ECF 70). Mr. Conroy and Mr. Bondor discussed the parties' positions on the issues raised by the Plaintiff's motion and potential compromises, but they were unable to reach a compromise or otherwise resolve the parties' dispute.

| | |
|---|---|
| Dated: February 17, 2025 | Respectfully submitted,<br><br>/s/ *Patrick J. Conroy*<br>**Patrick J. Conroy (Lead Counsel)**<br>Texas Bar No. 24012448<br>**Ryan P. Griffin**<br>Texas Bar No. 24053687<br>**T. William Kennedy Jr.**<br>Texas Bar No. 24055771<br>**Jonathan H. Rastegar**<br>Texas Bar No. 24064043<br>**Nelson Bumgardner Conroy PC**<br>2727 North Harwood Street<br>Suite #250<br>Dallas, TX 75201<br>Tel: (214) 446-4950<br>pat@nelbum.com<br>ryan@nelbum.com<br>bill@nelbum.com<br>jon@nelbum.com<br><br>**Janson H. Westmoreland**<br>State Bar No. 24131755<br>**Nelson Bumgardner Conroy PC**<br>3131 West 7th St., #300<br>Fort Worth, TX 76107<br>Tel: (214) 446-4950<br>janson@nelbum.com<br><br>Attorneys for Plaintiff<br>**SINOTECHNIX LLC**<br><br><br>/s/*Paul A. Bondor*<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>John M. Desmarais (*pro hac vice pending*)<br>Paul A. Bondor (*pro hac vice pending*) |

Yung-Hoon Ha (*pro hac vice pending*)
Cosmin Maier (*pro hac vice pending*)
Taeg Sang Cho (*pro hac vice pending*)
Jennifer M. Przybylski (*pro hac vice pending*)
Lee J. Matalon (*pro hac vice pending*)
Asim Zaidi (*pro hac vice pending*)
Alexander Walker (*pro hac vice pending*)
Desmarais LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400
Fax: 212-351-3401
jdesmarais@desmaraisllp.com
pbondor@desmaraisllp.com
yha@desmaraisllp.com
cmaier@desmaraisllp.com
tcho@desmaraisllp.com
jprzybylski@desmaraisllp.com
lmatalon@desmaraisllp.com
azaidi@desmaraisllp.com
awalker@desmaraisllp.com

Attorneys for Defendants
**Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the Plaintiff and Defendants have conferred about the substance of this notice and present the joint notice as agreed.

*/s/Patrick J. Conroy*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2025, the foregoing was filed with the Court via its CM/ECF system, which will send notice to counsel for Defendants.

*/s/ Patrick J. Conroy*