Case 2:24-cv-00544-JRG-RSP   Document 92   Filed 02/24/25   Page 1 of 3 PageID #: 3770

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SINOTECHNIX LLC, | § § § | |
| *Plaintiff*, | § § | No. 2:24-cv-00544-JRG |
| v. | § § | |
| SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § § | **JURY TRIAL DEMANDED**  ███████████████████  **PUBLIC VERSION** |
| *Defendants*. | § | |

███████████

**EXHIBIT A TO THE MOTION FOR PROTECTIVE ORDER**

Attached hereto is Exhibit A to Defendant Samsung Display Co. Ltd.'s Motion for Protective Order which is being Filed Under Seal.

1

DATED: February 13, 2025

/s/ *Marc J. Pensabene*
Marc J. Pensabene

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450

Ryan Yagura (Tex. #24075933)
ryagura@omm.com
Grace McFee (*pro hac vice*)
gmcfee@omm.com
Kelvin Han (Tex. #24109972)
kelvinhan@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

Marc Pensabene (*pro hac vice*)
mpensabene@omm.com
Laura B. Gore (*pro hac vice*)
lgore@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000

*Attorneys for Defendant Samsung Display Co., Ltd.*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 13, 2025.

/s/ Marc J. Pensabene
Marc J. Pensabene

