# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (MARSHALL DIVISION)

| | |
|---|---|
| **SINOTECHNIX LLC,** § <br> § <br> Plaintiff, § <br> § **CIVIL ACTION NO. 2:24-cv-544-JRG** <br> v. § <br> § **JURY TRIAL DEMANDED** <br> **SAMSUNG ELECTRONICS CO., LTD.;** § <br> **SAMSUNG ELECTRONICS AMERICA,** § <br> **INC.; and SAMSUNG DISPLAY CO., LTD.,** § <br> § <br> Defendants. § | |

## JOINT NOTICE REGARDING SINOTECHNIX'S MOTION TO COMPEL (ECF 91)

Plaintiff Sinotechnix LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") jointly submit this notice pursuant to paragraph 9(d) of the Discovery Order (ECF 28). Lead and local counsel for Plaintiff, Patrick Conroy, conferred with lead and local counsel for Defendants, Paul Bondor and Melissa Smith, by telephone on February 26, 2025 regarding the issues raised in Plaintiff's Motion to Compel Defendants to Permit Site Inspections (ECF 91). Mr. Conroy and Mr. Bondor discussed the parties' positions on the issues raised by the Plaintiff's motion and potential compromises, but they were unable to reach a compromise or otherwise resolve the parties' dispute.

Dated: March 3, 2025                                      Respectfully submitted,

/s/ *Patrick J. Conroy*
**Patrick J. Conroy (Lead Counsel)**
Texas Bar No. 24012448
**Ryan P. Griffin**
Texas Bar No. 24053687
**T. William Kennedy Jr.**
Texas Bar No. 24055771
**Jonathan H. Rastegar**
Texas Bar No. 24064043
**Nelson Bumgardner Conroy PC**
2727 North Harwood Street
Suite #250
Dallas, TX 75201
Tel: (214) 446-4950
pat@nelbum.com
ryan@nelbum.com
bill@nelbum.com
jon@nelbum.com

**Janson H. Westmoreland**
State Bar No. 24131755
**Nelson Bumgardner Conroy PC**
3131 West 7th St., #300
Fort Worth, TX 76107
Tel: (214) 446-4950
janson@nelbum.com

Attorneys for Plaintiff
**SINOTECHNIX LLC**


/s/*Paul A. Bondor*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

John M. Desmarais (*pro hac vice pending*)
Paul A. Bondor (*pro hac vice pending*)

Yung-Hoon Ha (*pro hac vice pending*)
Cosmin Maier (*pro hac vice pending*)
Taeg Sang Cho (*pro hac vice pending*)
Jennifer M. Przybylski (*pro hac vice pending*)
Lee J. Matalon (*pro hac vice pending*)
Asim Zaidi (*pro hac vice pending*)
Alexander Walker (*pro hac vice pending*)
Desmarais LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400
Fax: 212-351-3401
jdesmarais@desmaraisllp.com
pbondor@desmaraisllp.com
yha@desmaraisllp.com
cmaier@desmaraisllp.com
tcho@desmaraisllp.com
jprzybylski@desmaraisllp.com
lmatalon@desmaraisllp.com
azaidi@desmaraisllp.com
awalker@desmaraisllp.com

Attorneys for Defendants
**Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the Plaintiff and Defendants have conferred about the substance of this notice and present the joint notice as agreed.

/s/Patrick J. Conroy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2025, the foregoing was filed with the Court via its CM/ECF system, which will send notice to counsel for Defendants.

/s/ Patrick J. Conroy