# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SINOTECHNIX LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG DISPLAY CO., LTD. <br><br> *Defendants*. | Civil Action No. 2:24-cv-544-JRG-RSP |

## ORDER

Before the court is Defendant Samsung Display Co., Ltd.'s Unopposed Motion to Excuse Lead Counsel. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that SDC's Lead Counsel, Mr. Marc Pensabene, is excused from the discovery hearing currently scheduled for March 10, 2025.

**SIGNED this 7th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1